UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WILLIE JAMES SHELLMAN,

    Petitioner,

v.                                                     CASE NO. 6:06-cv-285-Orl-28DAB

SECRETARY, DOC, et al.,

    Respondents.

## ORDER

Respondents filed a response (Doc. No. 10, filed September 12, 2006) to the instant petition contending that it was not timely filed. In calculating the one year period under 28 U.S.C. § 2244(d), Respondents admit that the one-year period was tolled during the pendency of Petitioner's Rule 3.850 proceedings, but assert that the tolling was through October 25, 2005, the date of the Florida Fifth District Court of Appeal's decision. However, mandate was not issued until November 15, 2005. Respondents cite no authority for the proposition that the tolling runs through the date of the decision, rather than the date of mandate. Accordingly, within **TWENTY (20) DAYS** from the date of this Order, Respondents shall file an amended response which addresses this issue.

**DONE AND ORDERED** at Orlando, Florida this 8th day of November, 2006.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies to:
sa 11/8
Willie James Shellman
Counsel of Record